BOWERY SAVINGS BANK, Respondent, *v.* MEL & SONS, INC., Appellant, Impleaded with Others.

BARNETT J. NOVA, as Receiver, Respondent.

Submitted March 5, 1937; decided April 20, 1937.

*George Zinberg* and *Selig Kaplan* for appellant.

*John A. Sullivan, DeCoursey Fales* and *Robert E. Lee* for plaintiff, respondent.

*E. Ivan Rubenstein* for receiver, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.